## G. C. CODY v. J. J. TERRELL, COMMISSIONER.

### No. 1197.  Decided May 28, 1903.

**School Land—Lease—Sale—Case Followed.**
The rulings in West v. Terrell, ante, p. 548, followed and held to control disposition of this case.

Original application to the Supreme Court for writ of mandamus requiring the Commissioner of the General Land Office to award to relator certain school lands which he had made application to purchase.

The questions involved and the briefs and arguments of counsel were substantially identical with those in West v. Terrell, supra.

*Ashby S. James, E. H. Yeiser,* and *D. J. Thomas,* for relator.

*C. K. Bell,* Attorney-General, and *T. S. Reese,* Assistant Attorney-General, for respondents.

*Camp & Caldwell* also filed briefs for respondents, and *Willis E. Thorne,* for respondent Morris.

WILLIAMS, ASSOCIATE JUSTICE.—All of the questions in this case are decided adversely to relator in the opinion in cause No. 1198, J. T. West v. J. J. Terrell, Commissioner, just decided.

*Mandamus refused.*